answer, with leave to the plaintiff to discontinue without costs if so advised, and as thus modified affirmed, without costs of this appeal. Settle order on notice.

Bridget LAMOUR, as administratrix, etc., of George Lamour, deceased, respt., v. NORTHERN IRON COMPANY, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the damages are excessive, unless the plaintiff stipulates to reduce the verdict to $10,000, in which case the judgment is so modified, and as modified judgment and order affirmed, without costs. All concur, except Howard and Cochrane, JJ., who vote for affirmance.

LANE, Respondent, v. FINUCANE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by Charles M. Lane against Thomas W. Finucane and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

Charles E. LARKIN, respt., v. Robert FRAZIER and Leonard Frazier, applts. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment modified by striking out award of costs against Leonard Frazier and as so modified judgment and order affirmed, with costs, against defendant Robert Frazier. All concur. Cochrane, J., not sitting.

In the matter of the claim of Ingeborg LARSEN for compensation for herself and child for the death of Kris Larsen under the Workmen's Compensation Law, respondent, v. PAINE DRUG COMPANY, employer, and Employers' Liability Assurance Corporation, Ltd., insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied on the ground that leave to appeal to the Court of Appeals is not necessary. Matter of Harnett v. Steen Co., 216 N. Y. 101, 110 N. E. 170.

Edward LASKA v. Charles K. HARRIS. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Stay continued until five days after service of the order to be entered upon the decision of the appeal herein. Settle order on notice.

Edward LASKA, Respt., v. Charles K. HARRIS, Applt. (Supreme Court, Appellate Division, First Department. January 17, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Antonio LA VALLE, respt., v. HINCKLEY CONSTRUCTION CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Motion to dismiss appeal granted, unless appellant files and serves printed papers and briefs on the appeal within 15 days and is ready to argue the appeal at the opening of the March term.

William S. LAWSON and one, respts., v. Nancy S. T. DOUGLAS et al., applts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed with costs. All concur.

LAWTON, Respondent, v. CRONK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by William E. Lawton against Warren Cronk. No opinion. Motion granted, and appeal dismissed, without prejudice to an application by defendant to the Special Term on proper papers, pursuant to section 1232 of the Code of Civil Procedure, if so advised.

In the matter of the claim of the estate of Matthew LAZARICK, for compensation under the Workmen's Compensation Law, v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, employer and self-insurer. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion granted.

Sedley E. LEE, appellant, v. James A. SPERRY et al., respondents. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Rich, JJ., concur.

In the Matter of the Application to Punish Nicholas LEGNINI and one for contempt, etc., in an action entitled KALAMAZOO CORSET CO., respt., v. Nicholas LEGNINI, and one, applts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Order reversed without costs of this appeal to either party and without prejudice to a renewal of the application in case the judgment debtors fail to appear before the referee at a time and place to be fixed by the referee. All concur, except Robson, J., who dissents.

LEHIGH VALLEY R. CO. v. LEHIGH VALLEY SALES CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by the Lehigh Valley Railroad Company against the Lehigh Valley Sales Company. No opinion. Application granted. Order signed.

Leo J. LEHMAN v. CORES-MARTINEZ CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Application granted. Order signed.

LEONE, Appellant, v. GRAY et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by Edward J. Leone, an infant, etc., against Willard L. Gray and another. No opinion. Motion denied on condition that appellant perfect the appeal, place the case on the January calendar, 1916, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 159 App. Div. 918, 144 N. Y. Supp. 1125.